## O. F. Smith et al., Trustees, Appellees, v. Sidney McBowe, Appellant.

### Gen. No. 22,881.   (Not to be reported in full.)

Appeal from the Municipal Court of Chicago; the Hon. EDMUND K. JARECKI, Judge, presiding. Heard in this court at the October term, 1916. Reversed. Opinion filed June 11, 1917.

### Statement of the Case.

Action of forcible entry and detainer by O. F. Smith, Hugo Sonnenschein and Edward Sonnenschein, trustees of the estate of Rudolph J. Busch, deceased, against Sidney McBowe, defendant, to recover premises originally sold to one Frans Robert Ryd and assigned, through successive assignments, with the consent of the trustees, to Helma M. McBowe and Sidney McBowe. From a judgment against defendant on an instructed verdict, he appeals.

O. D. OLSON, for appellant.

SONNENSCHEIN, BERKSON & FISHELL, for appellees; HERBERT M. LAUTMANN, of counsel.

MR. PRESIDING JUSTICE McSURELY delivered the opinion of the court.

Smith v. .McBowe, 206 Ill. App. 632.

## Abstract of the Decision.

ATTORNEY AND CLIENT, § 74*—*when act of attorney in giving consent to assignment of assignee's interest in land contract is ratified.* Where the trustees of the estate of a vendor of land under contract receive a payment of an instalment due on the contract, after the giving of a written consent to the assignment of an assignee's interest in the contract to other assignees by an attorney for the trustees, and after such assignees have entered into possession, the action of the attorney must be deemed to have been ratified.

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.